IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEON MYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv585-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se, filed this lawsuit complaining that, while he was at Kilby Correctional Facility, medical staff refused to treat an infection in his foot for months until it became so infected that he required hospitalization, and that as a result of the delayed treatment, part of his foot had to be amputated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge’s recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE